## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



MIGUEL A. SANTOS-COTTO

      VS.                                  **CIVIL NO.**  04-1995  **(JAF)**

COMMISSIONER OF SOCIAL
SECURITY

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [ ] Plffs. | [ ] Defts. | |

| **- O R D E R -** |
|---|
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 14, and no objections having been filed, the court **ADOPTS** the Magistrate's Report and **AFFIRMS** the Commissioner's decision. |
| **IT IS SO ORDERED.** |

   August 31, 2005                       S/José Antonio Fusté
       Date                                    José Antonio Fusté
                                                    Chief U.S. District Judge